1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant U.S. Attorney
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6940
7      Facsimile: (415) 436-7234

8  Attorneys for the United States

FILED
MAY 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       San Francisco ~~OAKLAND~~ DIVISION

   3   08   70276   EMC

13  UNITED STATES OF AMERICA,        )   CRIMINAL NO.
                                     )
14       Plaintiff,                  )
                                     )   NOTICE OF PROCEEDINGS ON
15       v.                          )   OUT-OF-DISTRICT CRIMINAL
                                     )   CHARGES PURSUANT TO RULES
16  RENE OBERGON GARZA,              )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                     )   OF CRIMINAL PROCEDURE
17                                   )
                                     )
18       Defendant.                  )
                                     )
19  _____ )

20       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21  Procedure that on or about May 9, 2008, the above-named defendant was arrested based upon an

22  arrest warrant (copy attached) issued in case number 5:04-CR-034-C(01) in the Northern District

23  of Texas, upon an

24       ☐ Indictment

25       ☐ Information

26       ☐ Criminal Complaint

27       X  Other (describe): Supervised Release Violation Petition

28

1

1 | In that case, the defendant is charged with a violation of Title 18, United States Code, Section 3583, violation of conditions of supervised release.

Description of Charges: Defendant committed violations of the conditions of his supervised release by: (1) failing to report to his probation officer as directed, (2) notifying his probation officer of a change in residence; (3) failing to participate in drug treatment and testing; and (4) failing to pay restitution.

Maximum Penalties: 2 years imprisonment, additional term of supervised release (statutory maximum of 3 years, less the term of imprisonment imposed upon revocation).

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

Date: 5/11/08

KIRSTIN M. AULT
Assistant U.S. Attorney

**ORIGINAL**

854155
0777-0815-30061

## United States District Court
## Northern District of Texas
*Lubbock Division*

UNITED STATES OF AMERICA

V.

RENE OBERGON GARZA

CASE NUMBER: 5:04-CR-034-C(01)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

### WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

RENE OBERGON GARZA

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| U. S. DISTRICT COURT, ND/TX, LUBBOCK DIVISION | June 10, 2005 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U. S. MAGISTRATE JUDGE NANCY M. KOENIG, U. S. MAGISTRATE COURT, LUBBOCK, TEXAS

| Karen Mitchell, U.S. District Court Clerk | E. Brito (By) Deputy Clerk | August 13, 2007 Date |
|---|---|---|

### RETURN

Warrant received and executed.

Date Received _____   Date Executed _____

Executing Agency (Name and Address)

Name: _____   (By) _____   Date: _____

PROB 12C
Rene Obergon Garza                                                             Page 3
Petition for Offender Under Supervision

### Nature of Noncompliance

Garza violated this condition of supervised release in that as of the date of this writing, he has made no payments toward his restitution.

Respectfully submitted,                    Approved,

_____            _____
Glenn Mellinger                            Dale Rector
Supervising U.S. Probation Officer         U.S. Probation Officer
806-472-7001, Ext. 2222                    806-472-7001, Ext. 2228
Fax: 806-472-7007

I declare under penalty of perjury that the foregoing is true and correct.

_____            7/30/07
Glenn Mellinger                            Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[ ]  No action.
[X]  The issuance of a violator's warrant.
[ ]  The issuance of a summons.
[ ]  Other.

_____
Sam R. Cummings
U.S. District Judge

   8-13-07
_____
Date

GM/pag

PROB 12C
(TXN 8/2005)



COPY

United States District Court

for

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 3 2007
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

**Petition for Offender Under Supervision**

Name of Offender: <u>Rene Obergon Garza</u>　　　　　Case No: <u>5:04-CR-034-C(01)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge Sam R. Cummings</u>

Date of Original Sentence: <u>June 10, 2005</u>

Original Offense: <u>Possession and Uttering of Forged and Counterfeited Securities, 18 USC § 513(a)</u>

Original Sentence: <u>12 months custody, 3-year term of supervised release</u>

Type of Supervision: <u>Supervised release</u>　　　　Date Supervision Commenced: <u>August 25, 2006</u>

Assistant U.S. Attorney: <u>Jeffrey R. Haag</u>　Defense Attorney: <u>Shery Kime-Goodwin (court appointed)</u>

---

**PETITIONING THE COURT FOR ACTION FOR CAUSE AS FOLLOWS:**

To issue a violator's warrant.

The probation officer believes that the offender has violated the following condition(s):

I.

**Violation of Standard Condition No. 2**: The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Nature of Noncompliance**

Garza violated this condition of supervised release, as on April 26, 2007 he was instructed to report to the probation office in the Southern District of Texas on May 16, 2007, at 2:30 p.m. by U.S. Probation Officer Joy Coffman. Garza failed to report as directed, and as a result, USPO Coffman sent a certified letter to his last known address of 2219 Silver Bonnet Street, Houston, Texas 77018, and directed him

May. 09 2008 4:41PM    HP LASERJET 3330                                                          p.4

PROB 12C
Rene Obergon Garza                                                                                Page 2
Petition for Offender Under Supervision

to report to the office on July 11, 2007, at 8:30 a.m. Garza failed to report as directed and has failed to submit a written report for the month of May, June and July 2007.

## II.

**Violation of Standard Condition No. 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

### Nature of Noncompliance

Garza violated this condition of supervised release when on July 18, 2007, U.S. Probation Officer Michael W. Garcia traveled to Garza's last noted address of 2219 Silver Bonnet Street, Houston, Texas 77018. The home owner reported living in the residence for the past two months and stated that Garza had not lived there during that time.

## III.

**Violation of Special Condition No. 4**: The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse. The defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment.

### Nature of Noncompliance

Garza violated this condition of supervised release in that he failed to report for his scheduled counseling session at Directions of Recovery on May 11, 2007. Further, Garza failed to submit random drug tests on the following dates: may 16, 2007, June 5, 2007, June 19, 2007, and July 6, 2007.

## IV.

**Violation of Special Condition No. 2**: Pursuant to the Mandatory Victim Restitution Act of 1996, the defendant shall pay restitution in the amount of $21,996.38, payable to the U.S. District Clerk, 1205 Texas Avenue, Room 209, Lubbock, Texas 79401, for disbursement to:

(victims listed in the original judgment filed on June 10, 2005.)

If upon commencement of the term of supervised release any part of the restitution remains unpaid, the defendant shall make payments on such unpaid balance beginning 60 days after release from custody at the rate of at least $100 per month until the restitution is paid in full. Further, it is ordered that interest on the unpaid balance is waived pursuant to 18 USC § 3612(f)(3).