**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

*for Lubbock Division*

May 13, 2008

Office of the Clerk
U.S. District Court
1100 Commerce Rm 1452
Dallas TX 75242


RECEIVED
MAY 21 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Case Name: USA v Rene Obergon Garza
Case Number: 3:08-70276 MAG
Charges: 18: 3583 Supervised release violation

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge _____ The following action has been taken:

(✗)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )  The defendant has a court appearance in your court on:

**FILED**
MAY 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

5:04-CR-034

Date: 5-21-08

CLERK, U.S. DISTRICT COURT.